# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:01-00020-1 |
| ) | JUDGE NIXON |
| JIMMY JOE CLARK ) | |

## AGREED ORDER

Defendant Jimmy Joe Clark appeared in open court and admitted that he violated the conditions of his supervised release as set forth in the Superseding Petition filed May 13, 2014 (D.E. 76). The parties have jointly recommended a sentence of four months' imprisonment, with no further supervision to follow. The Court finds that defendant Clark has violated the conditions of supervision. The term of supervised release term is revoked. The Court imposes a sentence of four months imprisonment, with no additional supervised release to follow. The defendant shall be permitted to surrender himself on Monday, May 19, 2014, by 2:00 p.m. Central Time. The Court recommends that Mr. Clark be held at the Grayson County Detention facility pending further designation by the Bureau of Prisons.

It is so ordered.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT